UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ARCHULETA,<br><br>    Plaintiff,<br><br>    vs.<br><br>K. FOUNLONG, et al.,<br><br>    Defendants. | 1:18-cv-00693-GSA-PC<br><br>**ORDER STRIKING FIRST AMENDED COMPLAINT FOR LACK OF SIGNATURE (ECF No. 11.)**<br><br>**ORDER FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT THAT INCLUDES A REQUEST FOR RELIEF AND BEARS PLAINTIFF'S SIGNATURE, WITHIN THIRTY DAYS** |

    Samuel Archuleta ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On May 21, 2018, Plaintiff filed the Complaint commencing this action. (ECF No. 1.)

    On December 6, 2018, the court issued an order dismissing the Complaint for failure to state a claim, with leave to amend. (ECF No. 10.) On December 17, 2018, Plaintiff filed the First Amended Complaint. (ECF No. 11.)

    The First Amended Complaint is not signed by Plaintiff. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). In addition, Plaintiff failed to request any relief in the First Amended Complaint. (ECF No. 11 at 5 ¶ V.) Fed. R. Civ. P. 8(a)(3) ("A pleading that states a claim for relief must contain a demand for the relief sought, which may include relief in the alternative or different types of relief.")

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's First Amended Complaint, filed on December 17, 2018, is STRICKEN from the record for lack of signature;
2. The Clerk's Office shall send Plaintiff a form § 1983 complaint;
3. Within thirty days from the date of service of this order, Plaintiff is required to file a Second Amended Complaint that includes a request for relief and bears Plaintiff's original signature; and
4. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated: **December 19, 2018**        **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE